UNITED STATES DISTRICT
DISTRICT OF MINNESOTA
Clerk's Office, 700 Federal Building
316 North Robert Street
St. Paul, MN 55101
Phone: (651) 848-1100

# MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-CV-272 PAM/JGL

Case Title: Cynthia Bay vs. American Home Products Corporation; Wyeth-Ayerst Laboratories, a Division of American Home Products Corp. and A.H. Robins Company, Inc.

**Affidavit of Movant:**

I, Stephen J. Randall, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice David E. Smith, Esq., an attorney admitted to practice in the State of California, but not admitted to the bar of this court, who will be counsel for the Plaintiffs, Cynthia Bay, in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the cases listed above, and that I accept service of all papers served.

Signature: Stephen J. Randall — MN Attorney License # #221910 — DATE 3/7/02

**Affidavit of Proposed Admittee**

I, David E.Smith, am currently a member in good standing of the U.S. District Court for the Northern District of California, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: David E. Smith, Esq. — SIGNATURE: David E. Smith — DATE 2-25-02

Attorney License No: # 72703
Law Firm Name & Address:
HACKARD & HOLT
11335 Gold Express Drive, Suite 155
Gold River, CA 95670
Telephone: (916) 853-3000
Facsimile: (916) 853-3010

Motion Granted: Richard D. Sletten
For the Court Richard D. Sletten, Clerk
MMC

DATE MAR 11 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED MAR 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________